Commonwealth ex rel. Woody, Appellant, v. Russell.

Submitted November 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Vaughn D. Woody,* appellant, in propria persona.

*William J. Franks,* Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of

Judge MUNSON of the Court of Common Pleas of Fayette County, as reported in 28 Pa. D. & C. 2d 713.